UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT,

          Plaintiff,

– against –

MASAYA TRADING COMPANY,

          Defendant.

**ORDER**

21 Civ. 6587 (ER)

RAMOS, D.J.:

    A complaint was filed in this case on August 4, 2021. Doc. 1. An electronic summons was issued as to Masaya Trading Company on August 5, 2021, Doc. 4, but there has been no further action in this case. Plaintiff Nisbett is therefore instructed to submit a status report by no later than January 5, 2022. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    December 15, 2021
             New York, New York

                                                                    EDGARDO RAMOS, U.S.D.J.